UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES | : | Crim. No. 3:03CR081(RNC) |
| v. | : | |
| ALEJANDRO BATISTA | : | December 3, 2004 |

**MOTION TO WITHDRAW**

Counsel in the above captioned matter respectfully moves the Court for permission to withdraw his appearance. In support of the motion counsel represents:

1. Counsel represented Mr. Batista's cellmate, Estevan Hernandez, in the matter of United States v. Estevan Hernandez, Criminal Number 3:01CR210(CFD).

2. The Court granted Mr. Hernandez's Motion for Downward Departure.

3. Mr. Batista entered a plea of guilty to a one count information charging him with Possession with Intent to Distribute More than 5 Grams of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

4. Mr. Batista believes counsel rendered ineffective assistance in Mr. Hernandez's case and has expressed his concern that counsel, thus far, has done so in his case.

5. Based on counsel's relationship with Mr. Batista's cellmate, and Mr. Batista's statements to counsel, counsel believes that the attorney/client relationship with Mr. Batista is severely handicapped and moves to withdraw.

_____
Kevin A. Randolph (ct15547)
57 Pratt Street, Suite 813
Hartford, CT 06103
Tel. (860) 522-7004
Fax (860) 522-9009
RandolphKAR@aol.com

## CERTIFICATION

  The undersigned certifies that a copy of the foregoing was mailed to the following on December 3, 2004

Christopher Schmeisser, AUSA
Office of the United States Attorney
915 Lafayette Boulevard
Bridgeport, CT 06604

                   _____
                   Kevin A. Randolph