UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

**FILED**
2004 DEC -6 A 9:49
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES | Crim. No. 3:03CR081(RNC) (CFD) |
| v. | |
| ALEJANDRO BATISTA | December 3, 2004 |

FILED 2005 MAR -4 P 5:

Granted. So ordered.
[signature] 3/4/05

## MOTION TO WITHDRAW

Counsel in the above captioned matter respectfully moves the Court for permission to withdraw his appearance. In support of the motion counsel represents:

1. Counsel represented Mr. Batista's cellmate, Estevan Hernandez, in the matter of United States v. Estevan Hernandez, Criminal Number 3:01CR210(CFD).

2. The Court granted Mr. Hernandez's Motion for Downward Departure.

3. Mr. Batista entered a plea of guilty to a one count information charging him with Possession with Intent to Distribute More than 5 Grams of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

4. Mr. Batista believes counsel rendered ineffective assistance in Mr. Hernandez's case and has expressed his concern that counsel, thus far, has done so in his case.

5. Based on counsel's relationship with Mr. Batista's cellmate, and Mr. Batista's statements to counsel, counsel believes that the attorney/client relationship with Mr. Batista is severely handicapped and moves to withdraw.