## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### APPEARANCE

United States of America

v.  **CASE NUMBER: 3:03cr81 CFD**

Alejandro Batista

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:** Alejandro Batista

| | |
|---|---|
| March 9, 2005 | |
| **Date** | **Signature** |
| ct00016 | Richard S. Cramer |
| **Federal Bar Number** | **Name** |
| (860) 257-3500 | 449 Silas Deane Highway |
| **Telephone Number** | **Address** |
| (860) 257-3498 | Wethersfield, CT 06109 |
| **Fax Number** | |
| cramer@snet.net | |
| **E-mail Address** | |

### CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

Christopher W. Schmeisser
Assistant U. S. Attorney
915 Lafayette Boulevard
Bridgeport, CT 06604

 

**Signature**