UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:03CR81 (CFD) |
| ALEJANDRO BATISTA | : | MAY 17, 2005 |

### MOTION TO COPY PRE-SENTENCE REPORT

The defendant, Alejandro Batista, was given a copy of the pre-sentence report by his previous attorney, Kevin Randolph. The defendant informs counsel that in transfer from the Wyatt Detention Center to the Community Correctional Center in Hartford, this pre-sentence report was either misplaced or lost. The defendant desires to have another copy for his own use to peruse and to prepare for sentencing. The undersigned counsel only has the original copy given to him. Defense counsel wishes to make a copy of this pre-sentence report and send it to the defendant at the Hartford Correctional Center.

WHEREFORE, the defendant respectfully requests permission for counsel to make and to send it to the defendant.

Respectfully submitted,

DEFENDANT, ALEJANDRO BATISTA


By:_____
       Richard S. Cramer
       449 Silas Deane Highway
       Wethersfield, CT 06109
       Tel. (860) 257-3500
       Federal Bar No. ct00016
       Email: cramer @ snet.net