UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | NO. 3:03CR81 (CFD) |
| ALEJANDRO BATISTA : | MAY 1, 2008 |

**MOTION TO AMEND JUDGMENT**

The defendant, Alejandro Batista, hereby respectfully requests that the Court enter an amended judgment in his case pursuant to 18 U.S.C. §3582©)(2), reducing his sentence from 120 months to          .

On December 12, 2005, Alejandro Batista, was sentenced after previously entering a plea of guilty to one count of possession with intent to distribute cocaine base. The Court found that the adjusted offense level was 33. The Court found that a non-Guideline sentence was appropriate and sentenced Alejandro Batista to a term of 120 months of imprisonment on that count. This sentence represented a 29% reduction from the bottom of the original Guidelines range.

On November 1, 2007, an amendment to §2D1.1 of the advisory sentencing guidelines took effect, which, generally, reduces base offense levels for most quantities of crack cocaine by two levels. See U.S.S.G. §2D1.1. This amendment was adopted after Alejandro Batista was sentenced, and has been made retroactive. See U.S.S.G. §1B1.10 (2007); 73 Fed. Reg. 217-01 (2008).

The Application Notes to Guidelines §1B1.10 state that where a defendant received a downward departure from his original sentencing range, a comparable

reduction in the amended sentencing range may be appropriate. See U.S.S.G. §1B1.10, Cmt. 3 (2007). In this case, the defendant's original sentence of 120 months represented a 29% reduction below the bottom of the original guidelines range. Applying the same percentage reduction in this case to the bottom of the new guidelines range (135 months) results in a new sentence of 96 months, a reduction of 24 months.

Respectfully submitted,

DEFENDANT, ALEJANDRO BATISTA

By:_____
Richard S. Cramer
250 Hudson Street
Hartford, CT 06106
(860) 560-7704
Federal Bar No. ct00016
Email: cramer@snet.net

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed first-class mail, postage prepaid, this 1st day of May 2008 to:

Jonathan Freimann
Assistant U. S. Attorney
157 Church Street
New Haven, CT 06510

_____
Richard S. Cramer